IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SOHAL,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF MERCED POLICE DEPARTMENT, CITY OF MERCED POLICE SERGEANT ROD DASH, DOES 1 THROUGH 50,<br><br>        Defendants. | NO. 1:09-CV-00160-AWI-DLB<br><br>ORDER VACATING MARCH 30, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion to dismiss has been set for hearing in this case on March 30, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 30, 2009, is VACATED, and the parties shall not appear at that time. As of March 30, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    March 26, 2009                   /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE