IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SOHAL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MERCED POLICE DEPARTMENT, CITY OF MERCED POLICE SERGEANT ROD DASH, DOES 1 THROUGH 50,<br><br>　　　　　　Defendants. | NO. 1:09-CV-00160-AWI-DLB<br><br>ORDER VACATING<br>JUNE 22, 2009 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

　　Defendants' motion to dismiss amended complaint has been set for hearing in this case on June 22, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 22, 2009, is VACATED, and the parties shall not appear at that time. As of June 22, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　June 17, 2009　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE