IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SOHAL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MERCED POLICE DEPARTMENT, CITY OF MERCED POLICE SERGEANT ROD DASH, and DOES 1 through 50,<br><br>    Defendants. | NO. 1:09-CV-00160-AWI-DLB<br><br>ORDER VACATING SEPTEMBER 8, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motion to dismiss Plaintiff's second amended complaint has been set for hearing in this case on September 8, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 8, 2009, is VACATED, and the parties shall not appear at that time. As of September 8, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 3, 2009              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE