# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SOHAL,<br><br>        Plaintiff,<br><br>v.<br><br>ROD DASH,<br><br>        Defendant.<br>_____/ | CASE NO.   1:09-cv-160-AWI-MJS<br><br>ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL OR CASE WILL BE DISMISSED<br><br>STIPULATION OF DISMISSAL DUE **2/1/2011** |

On December 1, 2010, the parties filed a Notice of Settlement. (ECF No. 45.) The parties requested sixty (60) days to file the necessary papers to dismiss the case and asked that all hearing dates be taken off calendar.

Accordingly, the Court hereby ORDERS that the parties file a Stipulation of Dismissal and Proposed Order of Dismissal not later than **February 1, 2011**. Failure to meet this deadline will result in the Court dismissing the case on its own accord. All

///

///

////

1  pending hearing dates are VACATED.

3  IT IS SO ORDERED.

5  Dated:   December 3, 2010              /s/ *Michael J. Seng*
6                                         UNITED STATES MAGISTRATE JUDGE