**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Glen A. Williams, SBN 257665
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant CITY OF MERCED POLICE SERGEANT ROD DASH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SOHAL, an individual, | Case No. 1:09-CV-00160-AWI-MJS |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY OF MERCED POLICE DEPARTMENT, CITY OF MERCED POLICE SERGEANT ROD DASH, DOES 1 THROUGH 50, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff TARLOCHAN SOHAL, Defendant ROD DASH, by and through their respective undersigned counsel, that any and all claims against Defendant ROD DASH be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

Respectfully submitted,

Dated: December _, 2010        LAW OFFICE OF JOHN GARCIA

                               By _____
                                  John A. Garcia
                                  Attorney for Plaintiff
                                  TARLOCHAN SOHAL

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00848579.WPD

1  Dated: December _, 2010          PORTER SCOTT
2                                   A PROFESSIONAL CORPORATION
3                                   By _____
4                                      Terence J. Cassidy
                                       John R. Whitefleet
5                                      Glen A. Williams
                                       Attorneys for Defendant
6                                      CITY OF MERCED POLICE SERGEANT ROD DASH

**ORDER**

Pursuant to the parties' stipulation, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   January 28, 2011                  _____
                                           CHIEF UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
STIPULATION FOR DISMISSAL WITH PREJUDICE
00848579.WPD